Richard MARFUGGI and Patricia Marfuggi v. Betsy MELVIN and Tom Melvin, No. 167-78

July 10, 1979. Appeal dismissed for failure to comply with the progress order of June 6, 1979.

Fabian G. MOELLER v. VERMONT LAW SCHOOL, INC., No. 196-78

July 10, 1979. Appellant to file with the clerk on or before July 24, 1979, the printed case and appellant's brief and payment of $100 terms to appellee or appeal dismissed.

IN RE FIREFIGHTERS OF BRATTLEBORO, Vermont, Local #2628; and Brattleboro Fire Department, Town of Brattleboro, Nos. 238-78 and 284-78

July 10, 1979. Appellant to file brief on or before July 24, 1979, or appeal dismissed.

Eugene CALDWELL v. George AFRICA, et al., No. 133-79

July 10, 1979. Motion for release pending appeal is denied, notwithstanding the stipulation of the parties filed July 10, 1979. *In*

*re Iverson*, 135 Vt. 255, 376 A.2d 23 (1977).

Ruth A. FINN v. Rex H. SNODGRASS and Denise Snodgrass, No. 161-79

July 10, 1979. Motion to dismiss denied. V.R.A.P. 12(b).

IN RE KEVIN O'BRIEN, No. 187-79

July 10, 1979. Appeal dismissed. V.R.A.P. 4.

TOWN OF WESTMINSTER and Virginia Ruppe v. Judson B. HALL, No. 211-79

July 10, 1979. Motion for extraordinary relief denied. V.R.A.P. 21. Mandate to issue forthwith.

D. L. CETRANGOLO v. Louise A. CETRANGOLO, No. 64-78

July 17, 1979. Appeal dismissed for lack of final judgment in trial court, and cause remanded. V.R. C.P. 54(b).